ROSARIO T. GONZALEZ
11-30-17

FILED

2017 NOV 30 AM 11:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Kevin ALFARO (1),<br>Kevin Joseth RODRIGUEZ-Santos (2),<br>Angelica FUENTES (3), and<br>Ramses Alonso LEPE-Ibarra (4),<br><br>Defendants. | Case No. 17MJ59297<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony)<br><br>Title 8, U.S.C., Section1324(a)(1)(A)(iii)<br>Harboring of Illegal Aliens (Felony)<br><br>Title 8, U.S.C., Section1324(a)(1)(A)(v)(I)<br>Conspiracy to Transport Illegal Aliens (Felony)<br><br>**FIRST AMENDED COMPLAINT** |

The undersigned complainant being duly sworn states:

COUNT I

On or about November 28, 2017, within the Southern District of California, defendants Kevin ALFARO, Kevin Joseth RODRIGUEZ-Santos, and Angelica FUENTES with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

Enrique BRAVO-Medel,

Elionali LOPEZ-Gonzalez, and

Ismael REYES

had come to, entered and remained in the United States in violation of law, did transport or move, or attempted to transport or move, said aliens in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

COUNT II

On or about November 28, 2017, within the Southern District of California, defendants Kevin Joseth RODRIGUEZ-Santos and Angelica FUENTES with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien,

Elionali LOPEZ-Gonzalez

had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection and attempt to conceal, harbor and shield from detection, said alien in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

COUNT III

On or about November 28, 2017, within the Southern District of California, defendant Ramses Alonso LEPE-Ibarra with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

Enrique BRAVO-Medel, and

Ismael REYES

had come to, entered and remained in the United States in violation of law, did conspire to transport or move, or attempted to transport or move said alien in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

ANABEL HURTADO
U.S. BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30TH DAY OF NOVEMBER, 2017.

HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

ROSARIO T. GONZALEZ
11-30-17

UNITED STATES OF AMERICA
v.
Kevin ALFARO (1),
Kevin Joseth RODRIGUEZ-Santos (2),
Angelica FUENTES (3),
Ramses Alonso LEPE-Ibarra (4).

## STATEMENT OF FACTS

This Complaint has been amended to reflect the names of the Material Witnesses in this case on Page 11.

This is based upon statements in investigative reports by Border Patrol Agent (BPA) C. Portillo, that on November 28, 2017, Kevin ALFARO, Kevin Joseth RODRIGUEZ-Santos, Angelica FUENTES and Ramses Alonso LEPE-Ibarra were arrested while attempting to smuggle three undocumented aliens in violation of Title 8, United States Code, Section 1324.

On November 28, 2017, at approximately 4:45 p.m., BPAs observed a blue Ford Expedition stopped at the Grey's Well rest area along Interstate 8, near the area of the Imperial Sand Dunes Recreational Area in Felicity, California. Based on training and experience, Agents know alien smugglers typically use the Grey's Well rest area to load vehicles or to turn load vehicles around so that they can pick up illegal aliens in the westbound lanes of Interstate 8. On this date, the Ford Expedition was observed at the rest area with a single occupant, later identified as Kevin ALFARO (ALFARO). BPAs ran record checks on the license plate and the checks revealed that the vehicle was previously

connected to a known alien smuggling network operating out of the Calexico/El Centro area.

Shortly thereafter, BPAs observed the Ford Expedition exit the Grey's Well rest area and enter the westbound lanes of Interstate 8. BPAs then followed the vehicle out of the rest area and observed the vehicle approach an area on Interstate 8 known as "Twin Bridges," which is directly north of the International Boundary Wall. As the vehicle approached "Twin Bridges," BPAs observed three subjects that were attempting to conceal themselves within the brush just north of the Interstate walk up to the shoulder of the Interstate 8. BPAs then observed the Ford Expedition pull over to the shoulder of Interstate 8, where the three subjects were waiting, and all three subjects got into the backseat of the Ford Expedition. The Ford Expedition began driving westbound on Interstate 8 towards El Centro, California.

The vehicle continued on Interstate 8 westbound until it reached Dogwood Road where it proceeded to get off of the Interstate. The vehicle then drove southbound on Dogwood Avenue towards the Imperial Valley Mall. It should be noted that the Imperial Valley Mall has been used as a transfer point by alien smugglers in recent events. Upon reaching Imperial Valley Mall, the Ford Expedition began driving around the mall parking lot and, after approximately five minutes, the vehicle parked near the entrance of the J.C. Penney department store. Once parked, the Ford Expedition waited for approximately 10 minutes. After 10 minutes, BPAs observed a black Dodge Charger bearing California license plates park near the Ford Expedition. The driver of the Charger was later identified

as Kevin Joseth RODRIGUEZ-Santos (RODRIGUEZ), BPAs then observed RODRIGUEZ get out of the Dodge Charger and approach ALFARO in the Ford Expedition. After a brief exchange, the three passengers of the Expedition were seen entering the black Dodge Charger. BPAs then followed the Charger as it exited the parking lot.

After the transfer of the three subjects, the Ford Expedition attempted to exit the Imperial Valley Mall parking lot. BPAs then activated the emergency equipment in their vehicle and the Ford Expedition stopped. BPAs approached the vehicle and identified themselves as Border Patrol Agents. BPAs asked ALFARO to exit the vehicle and questioned him as to his citizenship. ALFARO stated that he was a United States Citizen. ALFARO was advised he was being placed under arrest for alien smuggling. BPAs advised ALFARO of his Miranda rights and he stated that he was willing to answer questions without a lawyer present. ALFARO admitted to BPAs that he knew the three subjects that he picked up along Interstate 8 and transferred to the Dodge Charger were illegal aliens and that he was to be paid $150.00 U.S. dollars per illegal alien that he transported. ALFARO was then transported to the El Centro Border Patrol Station for further processing.

Meanwhile, the Dodge Charger was followed by BPAs as it drove northbound on Fourth Avenue towards Adams Avenue in El Centro. The Charger turned on Euclid Avenue and BPAs observed the Charger pull into the parking lot of a residence on that street. The Charger parked and the front seat passenger, later identified as Angelica

FUENTES (FUENTES), and one of the three suspected illegal aliens exit the vehicle. Approximately five minutes later, FUENTES returned to the Charger and the Charger began to leave the residence. BPAs activated the emergency equipment in their vehicle and the Dodge Charger stopped. BPAs approached the vehicle, identified themselves as Border Patrol Agents, and asked RODRIGUEZ, the driver, and FUENTES to exit the vehicle. BPAs questioned RODRIGUEZ and FUENTES as to their citizenship. FUENTES and RODRIGUEZ stated that they were United States Citizens.

BPAs also questioned the two other subjects in the Charger as to their citizenship. The passengers were identified as Enrique BRAVO-Medel and Ismael REYES. Both BRAVO and REYES stated that they are Mexican citizens with no documentation to be in or remain in the United States legally. BPAs placed all four subjects under arrest and transported them to the El Centro Border Patrol Station for further processing.

At the scene, RODRIGUEZ was advised of his Miranda rights which he stated he understood and was willing to answer questions without a lawyer present. RODRIGUEZ consented to a search of his cellular phone and also stated that he was willing to cooperate with BPAs. RODRIGUEZ stated he was supposed to drop off the two illegal aliens in the Charger to a male driver of a semi-truck in Brawley, California. RODRIGUEZ also admitted the residence was his home, gave agents consent to search the residence and stated there was one more illegal alien inside that residence. Agents proceeded to search the residence and located Elionali LOPEZ-Gonzalez. BPAs questioned LOPEZ-Gonzalez as to his citizenship and LOPEZ-Gonzalez stated that he is a Mexican citizen with no

documentation to be in or remain in the United States legally. BPAs also found three juveniles in the home alone with LOPEZ-Gonzalez. RODRIGUEZ admitted the three juveniles are his children and their ages are 12, 13 and 16 years.

At the scene, FUENTES was advised of her Miranda rights which she stated she understood and was willing to answer questions without a lawyer present. FUENTES consented to a search of her cellular phone and also stated that she was willing to cooperate with BPAs. She admitted that she and RODRIGUEZ were going to take the two illegal aliens in the Charger to an unknown male subject who would be waiting for them in Brawley in a semi-truck.

BPAs proceeded to the location that FUENTES gave as the meeting point where the semi-truck driver was waiting for RODRIGUEZ and FUENTES to arrive. BPAs approached the subject and identified themselves as Border Patrol Agents. The driver of the semi-truck was identified as Ramses Alonso LEPE-Ibarra (LEPE). LEPE was questioned as to his citizenship and he stated that he was a Mexican citizen with a current Border Crossing Card (B1/B2 Visa). BPAs advised LEPE that he would be placed under arrest for alien smuggling. LEPE was advised was advised of his Miranda rights which he stated he understood and was willing to answer questions without a lawyer present. LEPE made a statement in the field that he intended to pick up the illegal aliens in Brawley, California and was going to transport the aliens past the Border Patrol Checkpoint on Highway 86. LEPE admitted that he was going to be paid to assist in the smuggling of the illegal aliens. At the time of his arrest, LEPE had a cell phone in his pocket that he claimed

was his cell phone. RODRIGUEZ and FUENTES were transported from El Centro for further interview and processing at the El Centro Border Patrol Station. LEPE was transported from Brawley for further interview and processing at the El Centro Border Patrol Station.

At the station, during a post-Miranda recorded sworn statement interview, ALFARO stated that he was working for a man named "Chino" and another man named "Ismael" in this particular smuggling event. ALFARO further stated that all of the financial arrangements for this smuggling event were made with "Ismael" who was going to pay him in Mexicali, Baja California, Mexico for this smuggling event. ALFARO stated that after picking up the three illegal aliens from the Interstate, he was instructed by "Ismael" to pass the illegal aliens to a subject driving a black Dodge Charger in the parking lot of the Imperial Valley Mall. ALFARO admitted that he met the Charger at the mall in El Centro as instructed and there, RODRIGUEZ instructed the three illegal aliens to exit the Expedition and enter the Charger. ALFARO was shown a six-pack photo lineup and identified photo # 2 as the driver of the Charger. Photo #2 depicts Kevin Joseth RODRIGUEZ-Santos.

At the station, during a post-Miranda recorded sworn statement interview, RODRIGUEZ stated that he was asked by another individual to pick up three people outside of the J.C. Penney store at the Imperial Valley Mall. RODRIGUEZ was shown a six-pack photo lineup and identified photo # 6, as the passenger and co-conspirator of this smuggling event. Photo #6 depicts Angelica FUENTES.

At the station, during a post-Miranda recorded sworn statement interview, FUENTES stated that RODRIGUEZ told her they were going shopping and then they were going to pick up some people. FUENTES stated that she knew they were illegal aliens because she overheard him talking to her friend about it and that they were going to pick up three people outside of the J.C. Penney store at the Imperial Valley Mall. FUENTES stated that she knew that they were going to pick up the illegal aliens from a male subject driving a blue Ford Expedition. FUENTES stated that she overheard RODRIGUEZ was going to be paid $300.00 U.S. dollars, but was not sure if it was a total amount or per person. FUENTES was shown a six-pack photo lineup and identified photo # 2 as the driver and co-conspirator. Photo #2 depicts Kevin Joseth RODRIGUEZ-Santos.

At the station, during a post-Miranda recorded sworn statement interview, LEPE stated that he made arrangements with a smuggler in Mexicali, Baja California, Mexico and was recruited by a friend he knows as "Mal Verde." LEPE stated that the smuggler told him he would drive some illegal aliens through the checkpoint north of Highway 86 and that he would deliver them to a third person whom he would call after he cleared the checkpoint to confirm a drop off location. LEPE stated that he would be paid about $1,000 U.S. dollars per illegal alien upon completion of this smuggling event. LEPE also stated that he made arrangements with a female subject to have three illegal aliens transported in his semi-truck.

The complainant states the names of the Material Witnesses as follows:

| **NAME** | **PLACE OF BIRTH** |
|---|---|
| Enrique BRAVO-Medel | Mexico |
| Elionali LOPEZ-Gonzalez | Mexico |
| Ismael REYES | Mexico |

Further, the complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.